## DOWDY *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 82, September Term, 1957.]

*Decided March 25, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal is denied with costs. Judge Raine properly ruled that the petitioner—who was not entitled to have the question of his guilt or innocence retried on *habeas corpus*—had not been denied any of his constitutional rights.